

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2018

No. 04-18-00448-CV

**IN THE INTEREST OF A.L.J.R. ET. AL, CHILDREN**,
Appellant

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01227
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

On August 30, 2018, we granted appellant's motion to refer this appeal to alternative dispute resolution and stay the appeal pending settlement negotiations. On September 24, 2018, appellant filed a status report informing the court that the parties failed to reach a settlement. We therefore ORDER the appellant's brief to be filed no later than **twenty days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court